| | | |
|---|---|---|
| 8150 LAKECREST DRIVE JV, LLC, | * | IN THE |
| Plaintiff, | * | DISTRICT COURT |
| v. | * | FOR |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | * | PRINCE GEORGE'S COUNTY |
| | * | Case No.: 050200134952019 |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW COMES defendant, Washington Metropolitan Area Transit Authority (hereinafter "WMATA"), and pursuant to 28 U.S.C. §1446, hereby gives notice that it has removed the entire case to the United States District Court for the District of Maryland. The case was removed pursuant to Section 81 of the WMATA Compact, which was codified at MD. CODE ANN., TRANS ART., §10-204(81).

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By Counsel:

_____
Neal M. Janey, Jr.
Associate General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1067 telephone
(202) 962-2550 facsimile
E-mail: nmjaney@wmata.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June 2019, a copy of the foregoing Notice of Filing Notice of Removal was mailed, first class mail, postage prepaid to:

Todd Kelting
c/o Offit Kurman
4800 Montgomery Ln., 9th Fl.
Bethesda, MD 20814

_____
Neal M. Janey, Jr.